C. C. Liddon et al., Plaintiffs in Error, v. Crawfordville State Bank, Defendant in Error.

(Supreme Court of Florida, *En Banc,* January Term, 1910.)

Paul Carter, for Plaintiffs in Error.

William B. Farley and Rees & Watson, for Defendant in Error.

Writ of Error to the Circuit Court for Jackson County; J. Emmet Wolfe, Judge.

Dismissed on praecipe of counsel for Plaintiffs in Error.